PROB 12A
(Revised 05/2011)

# United States District Court
## for
## Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: <u>Johnathon Earl Wallace</u>  Case Number: <u>3:09-00076</u>

Name of Judicial Officer: <u>Honorable William J. Haynes, Jr., Senior U.S. District Judge</u>

Date of Original Sentence: <u>July 25, 2011</u>

Original Offense: <u>18 U.S.C.§ 922(g)(1) Convicted Felon in Possession of a Firearm</u>

Original Sentence: <u>68 months' custody to run concurrently with state sentence in state cases 2004-I-866 and 2007-A-599 and three years' supervised release.</u>

Type of Supervision: <u>Supervised Release</u>  Date Supervision Commenced: <u>March 7, 2016</u>

Assistant U.S. Attorney: <u>To be Assigned</u>  Defense Attorney: <u>Sumter L. Camp</u>

---

The Court orders:

☒ No Action Necessary at this Time
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Considered this __17__ day of __May__, 2016, and made a part of the records in the above case.

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_Zachary Johnson_
U.S. Probation Officer

~~William J. Haynes, Jr.~~
~~Senior~~ U.S. District Judge *CAMPBELL*

Place  Nashville, TN

Date  May 11, 2016

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| **1.** | **The defendant shall refrain from any unlawful use of a controlled substance.** |

On May 6, 2016, Mr. Wallace tested positive for cocaine.

**Compliance with Supervision Conditions and Prior Interventions:**

Mr. Wallace commenced his term of supervised release on March 7, 2016. He is scheduled to terminate from supervision on March 6, 2019. Mr. Wallace's imposed special conditions of drug testing and treatment, and maintain verifiable employment, were enforced by this office effective the offender's release from the Bureau of Prisons.

On March 7, 2016, Mr. Wallace was enrolled in random drug testing and was referred for a substance abuse evaluation and assessment at Centerstone Mental Health in Madison, Tennessee. The evaluation was conducted on April 19, 2016, and indicated that Mr. Wallace would benefit from a monthly individual session to address his substance abuse issues. The offender has maintained compliance with his treatment program to date.

On May 6, 2016, the offender submitted to a urinalysis test which tested positive for cocaine. Mr. Wallace denied using cocaine. He advised that the night prior to his urinalysis test he had a flat tire and called a friend who provided him money to get the car fixed. Mr. Wallace stated the money that the friend provided had a substance on it. This officer verbally reprimanded the offender for his careless behavior and that the reasoning he provided as to why he tested positive for cocaine was quite far-fetched. The offender acknowledged understanding. In addition to phase testing, Mr. Wallace has been referred to Centerstone for weekly group substance abuse treatment. The offender has provided four negative urine screens since commencing supervised release.

Mr. Wallace was employed with Flood Brothers from January 2016 until March 2016. The position ended as there was insufficient work. The offender has been provided with an employment search log to be completed monthly to verify his employment search. In addition, this officer provided Mr. Wallace with employment resources to assist in his employment search.

Mr. Wallace resides with his paramour and her children in Nashville, Tennessee. The most recent home contact was conducted on May 4, 2016. The residence was found to be acceptable and was modestly furnished. It appeared that the offender is living within his means and no contraband was observed in plain view.

Mr. Wallace continues to report on a monthly basis via monthly supervision reports.

**U.S. Probation Officer Recommendation:**

The probation officer is requesting that no additional action be taken by the Court at this time. It is recommended that Mr. Wallace remain on supervised release, continue to participate in phase testing, attend treatment at Centerstone for substance abuse treatment, and not incur any future violations. The U.S. Attorney's Office has been notified and they concur with the recommendation.

Approved: _____  
Donna Jackson  
Supervisory U.S. Probation Officer